# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Frederick Ricardo Duarte-Arballo,<br>a.k.a.: Minor Frederick Duarte-Arvayo<br>(A 200 706 819)<br>*Defendant* | Case No. 16-8490 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 21, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Brooke T. Afshari for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: November 12, 2016  11:10 AM

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Count 1

On October 21, 2016, Frederick Ricardo Duarte-Arballo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Pecos, Texas on or about September 30, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

## Count 2

On October 21, 2016, at or near Phoenix, in the District of Arizona, Frederick Ricardo Duarte-Arballo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

1

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 21, 2016, Frederick Ricardo Duarte-Arballo was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Duarte-Arballo was examined by Deportation Officer U. Smith who determined him to be a Mexican citizen, illegally present in the United States. On the same date, a detainer was lodged with the county jail. On November 11, 2016, Duarte-Arballo was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Duarte-Arballo was held in administrative custody until his criminal and records could be obtained and his identity confirmed.

3. Immigration history checks revealed Frederick Ricardo Duarte-Arballo to be a citizen of Mexico and a previously deported criminal alien. Duarte-Arballo was removed from the United States to Mexico through Pecos, Texas, on or about September 30, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Duarte-Arballo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the

Department of Homeland Security to return to the United States after his removal. Molinero-Delgado's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Frederick Ricardo Duarte-Arballo in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Duarte-Arballo presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Duarte-Arballo entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Duarte-Arballo's immigration history was matched to him by electronic fingerprint comparison.

5. On November 11, 2016, Frederick Ricardo Duarte-Arballo was advised of his constitutional rights. Duarte-Arballo freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 21, 2016, Frederick Ricardo Duarte-Arballo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Pecos, Texas , on or about September 30, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code,

Section 1326(a) and on October 21, 2016, at or near Phoenix, in the District of Arizona, Frederick Ricardo Duarte-Arballo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to telephonically
this 12th day of November 2016.

_____
John Z. Boyle,
United States Magistrate Judge